```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

------------------------------X
ACE AMERICAN INSURANCE
COMPANY,

    Plaintiffs                         2:14-CV-5776WJM

v.

                                    ORDER OF DISMISSAL

MEADOWLANDS DEVELOPER, LIMITED
PARTNERSHIP, MDLP HOLDINGS,
et al

    Defendants.
------------------------------X

    The parties having notified the Court that this matter is settled;

    It is on this 16th day of February, 2016

    ORDERED that this matter is hereby dismissed.


                                      s/William J. Martini

                                    _____

                                    WILLIAM J. MARTINI, U.S.D.J.